UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CHANTELLE OKARTER,                    Case No.: 19-cv-01098-NSR

                 Plaintiff,

-against-

CITY OF MOUNT VERNON and
DEBORAH REYNOLDS as Comptroller
of the City of Mount Vernon,

                 Defendants.
-------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __7/20/2021__

**MEMO ENDORSED**

### APPEARANCE OF COUNSEL

TO:    The Clerk of Court and All Parties of Record

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant, Deborah Reynolds.

Dated:  White Plains, NY
           July 16, 2021

                                                        _/s/ Patrick J. Bliss_
                                                        PATRICK J. BLISS, ESQ.
                                                        Attorney for Defendant, Deborah Reynolds
                                                        399 Knollwood Rd., Ste. 204
                                                        White Plains, New York 10603
                                                        (29140 428-9050

TO:    BLEAKLEY PLATT & SCHMIDT, LLP
          Joseph DeGuiseppe, Jr., Esq.
          William P. Harrington, Esq.
          Attorney for Plaintiff
          One North Lexington Avenue
          White Plains, NY 10601
          (914) 949-2700

          LAWRENCE A. PORCARI, JR., ESQ.
          Counsel for City of Mount Vernon, Dept. of Law
          One Roosevelt Square
          Mount Vernon, NY 10550
          (914) 665-2366

The Clerk of Court is directed to terminate the motion at ECF No. 20.

Dated: July 20, 2021
       White Plains, NY

SO ORDERED:

_/s/ Nelson S. Román_
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE