UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CHANTELLE OKARTER,

                    Plaintiff,

           - against -

CITY OF MOUNT VERNON,

                    Defendant.

----------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __08/03/2022__ |

**ORDER**

19 Civ. 1098 (NSR)

Román, D.J.:

       The Court having been advised that all claims asserted herein have been settled, it is

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either

party, subject to reopening should the settlement not be consummated on or before September 16,

2022. The parties are advised that if they wish the Court to retain jurisdiction in this matter for

purposes of enforcing any settlement agreement, they must submit the settlement agreement to the

Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

Dated:     White Plains, New York
           August 3, 2022.

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge